Christopher T. Holland [SBN 164053] (cholland@kksrr.com)
Tanya I. Wei [SBN 240867] (twei@kksrr.com)
Matthew T. Peters [SBN 256739] (mpeters@kksrr.com)
KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
555 Montgomery Street, 17th Floor
San Francisco, CA 94111
Telephone: (415) 249-8330
Facsimile: (415) 249-8333

Attorneys for Defendant
THE DIAL CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SAN FRANCISCO TECHNOLOGY INC., <br><br> Plaintiffs, <br><br> v. <br><br> THE GLAD PRODUCTS COMPANY, BAJER DESIGN & MARKETING INC., BAYER CORPORATION, BRIGHT IMAGE CORPORATION, CHURCH & DWIGHT CO. INC., COLGATE-PALMOLIVE COMPANY, COMBE INCORPORATED, THE DIAL CORPORATION, EXERGEN CORPORATION, GLAXOSMITHKLINE LLC, HI-TECH PHARMACAL CO. INC., JOHNSON PRODUCTS COMPANY INC., MAYBELLINE LLC, MCNEIL-PPC INC., MEDTECH PRODUCTS INC., PLAYTEX PRODUCTS INC., RECKITT BENCKISER INC., ROCHE DIAGNOSTICS CORPORATION, SOFTSHEEN-CARSON LLC, SUN PRODUCTS CORPORATION, SUNSTAR AMERICAS INC. <br><br> Defendants. | Case No. 5:10-cv-00966-JF <br><br> **STIPULATION AND [PROPOSED] ORDER SEVERING CLAIMS AGAINST THE DIAL CORPORATION** |

STIPULATION AND [PROPOSED] ORDER SEVERING CLAIMS AGAINST THE DIAL CORPORATION
Case No. 5:10-CV-00966-JF

| | |
|---|---|
| 1 | Plaintiff San Francisco Technology Inc. ("Plaintiff") and the undersigned defendant, The |
| 2 | Dial Corporation ("Dial"), through their respective counsel, hereby make the following |
| 3 | stipulation (the "Stipulation"): |
| 4 | WHEREAS, Plaintiff filed its Complaint (Dkt. No. 1) on March 5, 2010 (the "Complaint") |
| 5 | alleging that Dial as well as other defendants falsely marked articles in violation of 35 U.S.C. § |
| 6 | 292; and |
| 7 | WHEREAS, on May 7, 2010, Dial previously filed a Motion to Dismiss or, in the |
| 8 | Alternative, to Stay, or in the Further Alternative, to Sever (Dkt. No. 159); and |
| 9 | WHEREAS, on June 22, 2010, the Court granted Plaintiff's and Dial's stipulation to stay |
| 10 | the proceedings and all aspects of the case with respect to Dial, including Dial's previous Motion |
| 11 | to Dismiss and/or Sever, and further Ordered that "[t]he responsive pleading of Defendants The |
| 12 | Dial Corporation and Johnson Products Company Inc. are hereby due 30 days" following "further |
| 13 | order of the Court in accordance with the Federal Circuit's decision in *Stauffer*" (Dkt. No. 238); |
| 14 | WHEREAS, the Court lifted the stay on October 14, 2010 (Dkt. No. 319); and |
| 15 | WHEREAS, in its July 19, 2010 Order, the Court found good cause to sever other |
| 16 | defendants in these proceedings (Dkt. No. 315); |
| 17 | THEREFORE, THE PARTIES HEREBY STIPULATE THAT: |
| 18 | Plaintiff's claims against Dial should be severed into a separate case; and |
| 19 | As previously stipulated and Ordered, Dial has until November 15, 2010 to move, answer, |
| 20 | or otherwise respond to Plaintiff's Complaint, and except for venue and personal jurisdiction, all |
| 21 | rights, defenses, and/or arguments of either party remain intact. |
| 22 | Respectfully submitted, |
| 23 | Dated: October 22, 2010    KRIEG, KELLER, SLOAN, REILLEY & |
| 24 | ROMAN LLP |
| 25 | |
| 26 | By: /s/ |
| | Christopher T. Holland |
| 27 | Counsel for The Dial Corporation |
| 28 | In accordance with General Order No. 45, Section X(B), the above signatory attests that |

STIPULATION AND [PROPOSED] ORDER SEVERING CLAIMS AGAINST THE DIAL CORPORATION
Case No. 5:10-CV-00966-JF

1

1  concurrence in the filing of this document has been obtained from the signatory below.

2  Dated: October 22, 2010                MOUNT & STOELKER, P.C.

                                          By:      /s/
                                             Daniel H. Fingerman
                                             MOUNT & STOELKER, P.C.
                                             333 West San Carlos Street,
                                             Suite 1650
                                             San Jose CA 95110
                                             Telephone:   (408) 279-7000
                                             Facsimile:   (408) 998-1473
                                             Counsel for Plaintiff San Francisco
                                             Technology Inc.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.** The Clerk of the Court shall open a new case number for *San Francisco Technology, Inc. v. The Dial Corporation*, which case shall be assigned to The Honorable Jeremy Fogel, and shall file a copy of the Complaint in this action and this Order under that new case number once it is assigned.

Dated: 10/27/10                           By: _____
                                              THE HON. JEREMY FOGEL
                                              United States District Court Judge