\*\*E-Filed 11/19/2010\*\*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN FRANCISCO TECHNOLOGY, INC., | Case Number 5:10-cv-04986-JF |
| Plaintiff, | ORDER[1] AMENDING BRIEFING SCHEDULE |
| v. | |
| THE DIAL CORPORATION, | |
| Defendant. | |

Defendant Dial Corporation ("Dial") moves for administrative relief, requesting that the Court reset the briefing and hearing dates in the above-captioned matter. It intends to respond to the complaint with a motion to dismiss and seeks to adhere to the thirty-five day notice period for motions as required by Civ. L.R. 7-2(a).

Pursuant to the current schedule, Dial was required to answer the complaint by November 15, 2010. Dial argues that it should be treated similarly to other defendants in actions brought by Plaintiff San Francisco Technology, whose motions will be heard on January 20, 2011. Dial relies upon guidance given by the Court at a Case Management Conference on November 5, 2010 at which January 20, 2011 was set as a special hearing date for all Rule 12(b)

---

[1] This disposition is not designated for publication in the official reports.

Case No. 5:10-cv-04986-JF
ORDER AMENDING BRIEFING SCHEDULE
(JFLC1)

motions in such cases and the Court directed defendants to abide by the "35-day schedule" under the Local Rules.  Transcript at 7:22-25; 8:9-11.

Plaintiff opposes the motion, claiming that Dial's proposed amended briefing schedule will cause it to endure a significant burden.  Under Dial's proposed schedule, Plaintiff's counsel will have only four business days with which to review and analyze Dial's motion and prepare an opposition.  Plaintiff proposes that Dial's motion be filed by Friday, November 19, 2010.

**ORDER**

Having considered the parties' respective concerns, the Court will adopt the following schedule:

| | |
|---|---|
| Thursday, December 2, 2010 | Last day for Dial to move, answer, or otherwise respond to the complaint |
| Thursday, December 16, 2010 | Last day for SF Tech to file and serve its opposition, if any |
| Thursday, December 23, 2010 | Last day for Dial to file and serve its reply, if any |
| Thursday, January 20, 2011 | Hearing date for Dial's responsive motion |

**IT IS SO ORDERED.**

**DATED: 11/19/10**

_____
**JEREMY FOGEL**
**United States District Judge**