**E-Filed 2/4/2011**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN FRANCISCO TECHNOLOGY, INC., <br><br> Plaintiff, <br><br> v. <br><br> THE DIAL CORPORATION <br><br> Defendant. | Case Number 5:10-cv-04986-JF (PSG) <br><br> ORDER STAYING CONSIDERATION OF MOTION TO INTERVENE |

Pursuant to Fed. R. Civ. P. 5.1(c), the Attorney General may intervene within sixty days after notice of a constitutional challenge to a statute is filed, unless a later time is set by the Court. Although the Government moved to intervene in the instant action on January 31, 2011, the Court will stay its consideration of the motion until March 18, 2011 pursuant to Fed. R. Civ. P. 5.1(c).

**IT IS SO ORDERED.**

DATED: February 4, 2011

_____
JEREMY FOGEL
United States District Judge