**E-Filed 7/12/2011**

Christopher T. Holland [SBN 164053] (cholland@kksrr.com)
Tanya I. Wei [SBN 240867] (twei@kksrr.com)
Matthew T. Peters [SBN 256739] (mpeters@kksrr.com)
KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
555 Montgomery Street, 17th Floor
San Francisco, CA  94111
Telephone:  (415) 249-8330
Facsimile:  (415) 249-8333

Attorneys for Defendant
THE DIAL CORPORATION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SAN FRANCISCO TECHNOLOGY INC.,<br><br>Plaintiff,<br><br>v.<br><br>THE DIAL CORPORATION,<br><br>Defendant. | Case No.: 5:10-cv-04986-JF<br><br>**STIPULATION TO WITHDRAW DIAL'S MOTION TO DISMISS SFTI'S FIRST AMENDED COMPLAINT (Docket No. 28) WITHOUT PREJUDICE**<br><br>Judge:  Hon. Jeremy Fogel |

Plaintiff San Francisco Technology Inc. ("SFTI") and defendant The Dial Corporation ("Dial") (collectively, the "Parties"), through their respective counsel, hereby make the following stipulation (the "Stipulation"):

WHEREAS, the hearing date for Dial's Motion to Dismiss SFTI's First Amended Complaint (Dkt. No. 28) is currently scheduled for Friday, July 8, 2011 at 9:00 a.m.;

WHEREAS, the Parties have agreed to settle their disputes in this action;

WHEREAS, the Parties agree that it is unnecessary for the Parties to appear at the July 8, 2011 hearing on Dial's Motion to Dismiss SFTI's First Amended Complaint; and

WHEREAS, the Parties agree that all upcoming proceedings and/or deadlines in this action will be deferred pending the Parties' completion of the formal settlement papers and filing of the

Stipulation for Voluntary Dismissal With Prejudice;

THEREFORE, THE PARTIES HEREBY STIPULATE THAT, pursuant to Local Rule 7-7(e), Dial's Motion to Dismiss SFTI's First Amended Complaint (Dkt. No. 28), currently set for hearing on Friday, July 8, 2011 at 9:00 a.m., is withdrawn without prejudice.  The motion is withdrawn without prejudice to refile in the event that the Parties are unable to negotiate a settlement.  Each party will bear its own costs (including attorneys fees) incurred in connection with Dial's Motion to Dismiss, its withdrawal, this Stipulation, and otherwise.

Respectfully submitted,

Dated: July 6, 2011

KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP

By:_____/s/_____
Christopher T. Holland
Counsel for The Dial Corporation

In accordance with General Order No. 45, Section X(B), the above signatory attests that concurrence in the filing of this document has been obtained from the signatory below.

Dated: July 6, 2011

MOUNT, SPELMAN & FINGERMAN, P.C.

By:_____/s/_____
Benjamin R. Lemke
MOUNT, SPELMAN & FINGERMAN, P.C.
333 West San Carlos Street, Suite 1650
San Jose CA 95110
Telephone:  (408) 279-7000
Facsimile:  (408) 998-1473
Counsel for Plaintiff San Francisco Technology Inc.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: __7/8/2011__                By: _____
                                   THE HON. JEREMY FOGEL
                                   United States District Court Judge